UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


CHARLENE ROBSON, etc.,

    Plaintiff,

v.                          Case No. 3:06-cv-249-J-25HTS

JO ANNE B. BARNHART,
Commissioner of
Social Security,

    Defendant.
_____

**O R D E R**

    This cause is before the Court *sua sponte*. Rule 4(m), Federal Rules of Civil Procedure (Rule(s)), requires a summons and complaint to be served upon each defendant within 120 days after the action is filed. Failure to timely or otherwise properly perfect service may, under some circumstances, result in the dismissal of the action in its entirety. A review of the record reveals that receipts showing proof of service have not been filed therein. Accordingly, it is

    **ORDERED:**

    Plaintiff shall, within ten (10) days from the date of this Order, file with the Court proof that service of process has been effectuated. Failure to do so may lead to the issuance of a

recommendation that this action be dismissed for failure to perfect service within the time limits prescribed by Rule 4(m).

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of August, 2006.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
    and pro se parties, if any