UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHARLENE ROBSON, etc.,

      Plaintiff,

v.                                    Case No. 3:06-cv-249-J-25HTS

JO ANNE B. BARNHART,
Commissioner of
Social Security,

      Defendant.

## **O R D E R**

In view of Plaintiff's failure to comply with the Order (Doc. #5), she is directed to **SHOW CAUSE** within eleven (11) days from the date of this Order why it should not be recommended this case be dismissed for failure to prosecute. *See* Rule 3.10, Local Rules, United States District Court, Middle District of Florida.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of September, 2006.

                                                /s/       Howard T. Snyder
                                                HOWARD T. SNYDER
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:

All counsel of record
    and pro se parties, if any