UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHARLENE ROBSON, etc.,

    Plaintiff,

v.                                      CASE NO. 3:06-cv-249-J-HTS

MICHAEL J. ASTRUE,
Commissioner of
Social Security,[1]

    Defendant.

## O R D E R

This cause is before the Court on Plaintiff's Petition for Attorney's Fees (Doc. #22; Petition), filed on June 15, 2007.[2] While it is represented Defendant "does not oppose this motion or the amount of the requested fee[,]" Petition at 2-3, in reviewing the record herein, it appears the Petition may have been untimely filed.

Accordingly, it is **ORDERED:**

The parties shall, within eleven (11) days from the date of this Order, file memoranda addressing the timeliness of the

---

[1] Pursuant to Rule 25, Federal Rules of Civil Procedure, Michael J. Astrue, Commissioner of Social Security, is substituted as Defendant herein.

[2] The Certificate of Service, however, is dated January 26, 2007. Petition at 3.

Petition (Doc. #22) and whether, if the Petition is deemed untimely, fees under the Equal Access to Justice Act should still be awarded.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of June, 2007.

/s/     Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record and
    pro se parties, if any